3:17cv1910

Tuesday, October 17, 2017

Defendant

Department of Veterans Affairs

PO BOX8079

PHILADELPHIA PA 19101

Plantiff

Edwin A. Garacia

240 Scott rd.

Clark Summit, PA 18411

FILED
SCRANTON

OCT 18 2017

PER ~~DEPUTY CLERK~~

1: Here comes the plantiff, Edwin Anthony Garacia SM 139525246 DOB 123058, seeking relief from the federal court in reference to this action against the vetrans administration in a medical malpratice suit and ongoing health conditions due to the severity of the infection caused by the vetreans administartion.

2: On April 24 2015, A spinal cord stimulator was inplated in the plantiff, On May 5 2015, after it became infected, The infected head contained MSSA (Methicillin-sensitive Staphylococcus aureurs) and E.Cola. Blood cultures were positive for MSSA, in the blood cultutures, sepsis was also discovered in the blood culture. As for Dr.Alapatt, all these conditions were caused due to not properly sterilize prior to operation.

3: It was later discovered that a nurse at the OR at the VA facility in Wilkesbarrie was idscarged for being drunk at the operations.

4: With thte type of inspection the plantiff contracted from the dirty equipment he had ben left with permenate debilitating conditions. The infection attacks the vital organs, nerves, and brain.

5:The plantiff siffered a heart attack during the stay in the hospitial and was never informed of the condition.

6: The plantiff, who was transfered to Comuinity Living Center at the facility, was told that he would have to go to a nursing home and he would have to pay for that out of his own pocket even know that the condition was caused by the veterans hospitial

7: The plantiff on August 1 2015, after his meds were givin in the morning, was told to pack up his stuff and leave the facility with no advance notice, no home care, and no medication. the plantiff told the unknown phishian that he was not schedule to be discharged and no discussion of him to be discharged. The plantiff told the phishian to contact the VA police, that the only way to get him outta here. Police reccords and medical reccords will show that the plantiff told the VA police officer that no plans were made of his discharged andand the VA give him a large dose of oxycotton, morphyne, plus many different medications. The plantif was in a wheelchair and had to drive home

while he was on heavy pain medications which is illeagle in Pennsylvaina and other states in the U.S. The plantiff had no medicatons, no home nursing, or access to his home because he was in a wheelchair and there was stairs to get in his house. Plantif needed a ramp and a movable bathroom downstairs. The plaintiff, due to the removal of the device, had two open holes in his back which requires to be clean and changed twice a day

8: The plantiff applied to the VA for permenate disability for the conditions ariseing from the infection, just recently the plantiff was informed by another doctor about other condition he was suffering and have no knowledge about due to the infections, so the plantiff has other conditions that he was unaware of that the VA has the supicions or knowledge of and has not informed the plantiff

9: At the request from a outside doctor, the plantiff has been givin a health aid doctor 3 hours a day, 7 days a week, 365 day in a year. And now, the outside doctor has requested 24 hours assitance , 7 days a week, 365 days a year.

10: The plantiff request the court to examine the documents and the plantiff is seeking 5 million dollars in damages due to the VA neglagence and unproperly cleaning the equipment and operationg room, and the treatment of the plantiff when he was discharged from the hospital, plus intress on money due him, also all medical treatent, supply, doctors, and anything i need for aid, comfort, and quaility of life to be giving to me by the VA due to the expense of their neglagence.

11: The plantiff is submitting the document of information that he have at this time to the court

s/ Edwin Anthony Garcia

Plantiff: Edwin Anthony Garica

240 Scott Rd.
South Abington PA 18411
(570) 479-2838

# TRI COUNTY MEDICAL ASSOCIATES

THOMAS P. ALAPATT, M.D.

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE

TRICOUNTY0001@YAHOO.COM

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

## SUMMARY

March 16, 2017

Reference: Ed Garcia

I have received and reviewed the VA records which are from 2015 Mr. Edwin Garcia, 56 years old, white male that is obese and suffers from depression. He had a spinal cord stimulator implanted on April 24, 2015 for chronic back pain and removed on May 05, 2015. According to VA records Mr. Garcia developed an infection for which blood test indicated it was due to MSSA and treated initially on I.V. Vancomycin and later switched to Cefazolin due to his sensitivities. More likely than not, the infection that Mr. Garcia sustained was due to an infected neck that contained MSSA(Methicillin Sensitive Staphylococcus Aureus) and E. Cola. Mr. Garcia according to records developed right side neck swelling however, no drainable abscess was found in that area although the swelling was felt to be due Pyomyositis related to MSSA bacteremia. With treatment of antibiotics the area became less swollen and painful, further testing and a TEE did not reveal any vegetation. On June 07, 2015, Mr. Garcia completed antibiotic treatment, blood revealed normal WBC count, ESR found to be elevated PICC line removed.

It is my medical opinion that Mr. Garcia developed major depression due to different ailments. The pain limited him from performing any physical activities, leading to his becoming obese and developing diabetes. In addition, it is my medical opinion that due to Mr. Garcia implantation of the device on the lower back and developing sepsis further enhance his depression because the organism grew in his blood culture MSSA and E. Coli because they were not properly sterilized prior to the operation.

It is my medical opinion that Mr. Garcia urinary incontinence due to back injury, causing him to have less sexual desires, increasing food intake as substitution and weight hain thereby, and further increasing his depression. These ailments and drug abuse, more likely than not, due to the surgery, leading to sepsis, leading to a back wound that does not heal and increasing pain in Mr. Garcia has a nurse that cares for the wound 7 days a week and proving pain medications as prescribed for the back wounds.

Sincerely,

Thomas Alapatt, M.D.

1945 MORRIS AVE STE 8  T :908-686-4603
UNION, N 07083  F: 908-686-2637

# Discharge Summaries

```
Knee: arthralgia (ICD-9-CM 719.46)    Allergies (ICD-9-CM 995.3)
Edema (ICD-9-CM 782.3)                Pain in joint involving ankle and foot
                                      (ICD-9-CM 719.47)
Hypoglycemia (ICD-9-CM 251.2)         LUNG (ICD-9-CM 799.9)
Achilles bursitis or tendinitis (ICD-9-CForeign body (ICD-9-CM 799.89)
Accidental Fall on or from Sidewalk CurbFoot pain (ICD-9-CM 729.5)
Vitamin D deficiency (ICD-9-CM 268.9)  Vitamin B12 deficiency (SCT 64117007)
Dental caries (SCT 80967001)           Unspecified disease of nail (ICD-9-CM
                                       703.9)
DM II w/o complication (ICD-9-CM 250.00)Disorders of bursae and tendons in
                                        shoulder region (ICD-9-CM 726.10)
Alcohol abuse (SCT 15167005)           Lumbosacral radiculopathy (SCT 2415007)
```

OPERATIONS/PROCEDURES: Incision and drainage of spinal cord stimulator insertion site wound with removal of spinal cord stimulator and pulse generator

CONSULTATIONS: General Medicine, ID, WOUND/OSTOMY

HOSPITAL COURSE: This 56 y/o male veteran had a spinal cord stimulator placed in April with subsequent complication of wound infection. He is a poorly controlled diabetic, morbidly obese male and was unable to manage his postop care effectively. He developed wound infection at the generator and lead placement sites and thus was admitted for surgery and postop care. The above surgery was completed. Patient admitted 47 hr observation for IV antibiotics and monitoring. He was suspected of having bacteremia that did prove positive on blood cultures. His WBC was elevated. Patient received Vancomycin IV and adjusted dose based on trough. Infectious Disease was involved in evaluation.

Because of the seriousness of his problem and need for longer term antibiotic and wound care he was converted to regular admission.

See CPRS for details.

Medications:
Active Medications (including Supplies):

```
    Outpatient Medications                                          Status
    ================================================================================
1)  ALPROSTADIL INJECTION SYSTEM 20MCG EA INJECT 20MCG              ACTIVE
        INTO PENIS  AS NEEDED FOR ERECTILE DYSFUNCTION
2)  APAP 250/ASA 250/CAFFEINE 65MG TAB 1 TABLET MOUTH               ACTIVE
        DAILY AS NEEDED
3)  ASPIRIN 81MG CHEWABLE TAB 81 MG  MOUTH EVERY DAY                ACTIVE
4)  ATORVASTATIN CALCIUM 40MG TABLET TAKE 20MG (ONE-HALF            ACTIVE
        TABLET) BY MOUTH EVERY EVENING FOR CHOLESTEROL
5)  C3 MALE CONTINENCE DEVICE - REGULAR USE AS DIRECTED             ACTIVE
        TOPICALLY  AS NEEDED FOR URINARY INCONTINENCE
6)  FOLIC ACID 1MG TABLET TAKE ONE TABLET BY MOUTH EVERY            ACTIVE
        DAY *FOLIC ACID SUPPLEMENT*
7)  INSULIN ASPART 100 UNITS/ML FLEX PEN INJECT 20 UNITS            ACTIVE
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GARCIA, EDWIN ANTHONY<br>240 SCOTT RD<br>CLARKS SUMMIT, PENNSYLVANIA  18411 | Printed at wilkes-Barre |

# Radiology Reports

Printed On Oct 6, 20

The gated portion of the study showed inferior akinesis and septal hypokinesis. Left ventricular ejection fraction is in the normal range at 59%.

A large fixed defect throughout the inferior wall extends to the apex. A moderate-sized segment of reversible ischemia at the apex is noted.

The TID ratio is elevated at 1.46 and follow-up to exclude triple vessel disease is recommended.

Impression:

There is a moderate-sized segment of ischemia at the apex. A large fixed defect is seen throughout the inferior wall extending to the apex.

The TID ratio is 1.46 and follow-up to exclude triple vessel disease is recommended.

Inferior apical akinesis and septal hypokinesis is noted. Left ventricular ejection fraction is in the normal range at 59%.

Joseph Rienzi
6/1/2016 2:17 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

Primary Interpreting Staff:
  JOSEPH RIENZI, Staff Physician
        (Verifier, no e-sig)
/JR

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GARCIA, EDWIN ANTHONY<br>240 SCOTT RD<br>CLARKS SUMMIT, PENNSYLVANIA  18411 | Printed at Wilkes-Barre |

# Radiology Reports

Printed On Oct 6, 20

Clinical History: Chest tightness-rule out CHF versus infiltrate

Comparison: May 15, 2015

Findings:

There is a right-sided central venous catheter with its tip in stable position. Blunting of the right costophrenic angle may represent a small pleural effusion. Atelectatic changes are noted in the right lung base, early infiltrate is not excluded. Clinical correlation is recommended. There is no pulmonary edema. Heart size is within normal limits. There are degenerative changes of the thoracic spine. Chronic appearing mild compression deformities are noted of the mid and lower thoracic spine.

Impression:

Small right pleural effusion. Atelectatic changes in the right lung base, early infiltrate is not excluded. Clinical correlation is recommended. No pulmonary edema.

READING PHYSICIAN: Lorraine Manlolo M.D. -1982926861
  5/27/2015 3:44 PM
  VHA National Teleradiology Program
  795 Willow Road, Bldg 334, Suite C210
  Menlo Park, CA 94025
  877-780-5559

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

Primary Interpreting Staff:
  RADIOLOGY,OUTSIDE SERVICE, Staff Physician
/

CHEST SINGLE VIEW

Exm Date: MAY 15, 2015@16:08
Req Phys: LEVCHUK,MICHAEL              Pat Loc: OP Unknown/10-06-2016@10:52
                                       Img Loc: X-RAY MAIN (XRAY)
                                       Service: ZZZSURGERY

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GARCIA,EDWIN ANTHONY<br>240 SCOTT RD<br>CLARKS SUMMIT, PENNSYLVANIA   18411 | Printed at wilkes-Barre |

Pac

# Progress Notes

Printed On Jan 22, 20

explantation of an infected spinal cord stimulator complicated by chronic wound infection that ultimately was closed after long-term antibiotic care with secondary intention.

Prior to the above annotated surgery patient had chronic service-connected low back and neck pain status post ACDF and multiple interventional pain procedures. He has been on chronic opioid therapy due to this pain. He has also experienced neuropathic pain in both lower extremities manifesting as bilateral restless leg syndrome and periodic neurogenic bladder. His condition is well documented in his medical record. The resulting injuries and sequelae resulting chronic disability and inability to work.

Patient is here today for routine follow-up. His current analgesic regimen consists of morphine 15 mg sustained release by mouth twice a day oxycodone, 15 mg by mouth 4 times a day, and baclofen 10 mg by mouth 3 times a day when necessary back spasm. He complains of chronic ongoing tightness in his back musculature with radiation down both lower extremities. He continues to be plagued by restless leg syndrome despite multiple medications used in an attempt to treat the same. He is presently ambulatory using 2 canes, but does require a motorized scooter for extended duration of ambulation. Although he has other assistive devices (wheelchair, motorized wheelchair) he chooses not to use them in an effort to maintain his strength. He has insulin-dependent diabetes with an element of diabetic neuropathy as well. He reports no change from his usual bowel and bladder condition.

Active and Recently Expired Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                              Status
================================================================================
1)  ACCU-CHEK AVIVA PLUS TEST STRIP USE 1 STRIP FOUR           ACTIVE
      TIMES A DAY AS NEEDED WITH LANCET FOR TESTING BLOOD
      SUGAR
2)  ACCU-CHEK SOFTCLIX LANCET USE 1 LANCET FOUR TIMES A        ACTIVE
      DAY AS NEEDED TO TEST BLOOD SUGAR
3)  ALCOHOL PREP PADS USE 1 PAD TOPICALLY THREE TIMES A        ACTIVE
      DAY FOR TOPICAL USE TO CLEAN SKIN
4)  ALPROSTADIL INJECTION SYSTEM 20MCG EA INJECT 20MCG         ACTIVE
      INTO PENIS AS NEEDED FOR ERECTILE DYSFUNCTION
5)  ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY         ACTIVE
      DAY FOR HEART
6)  ATORVASTATIN CALCIUM 80MG TABLET TAKE 40MG (ONE-HALF       ACTIVE
      TABLET) BY MOUTH EVERY DAY AT 5 PM FOR CHOLESTEROL
7)  BACLOFEN 10MG TABS TAKE ONE-HALF TABLET BY MOUTH           ACTIVE
      THREE TIMES A DAY AS NEEDED FOR MUSCLE SPASM
8)  C3 MALE CONTINENCE DEVICE - REGULAR USE AS DIRECTED        ACTIVE
      TOPICALLY AS NEEDED FOR URINARY INCONTINENCE
9)  CHOLECALCIFEROL (VIT D3) 2,000UNIT TAB TAKE ONE            ACTIVE
      TABLET BY MOUTH DAILY (FOR LOW VITAMIN D) VITAMIN
      DROP DEFICIENCY-D/C HOME 8/1/15
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GARCIA, EDWIN ANTHONY
240 SCOTT RD
CLARKS SUMMIT, PENNSYLVANIA 18411

VISTA Electronic Medical Documentation
Printed at Wilkes-Barre

F

# Progress Notes

Printed On Jan 22, 20'

Patient has answered NKA

PHYSICAL EXAMINATION:

VITAL SIGNS:
| DATE/TIME | TEMP | PULSE | RESP | BP | PAIN | WEIGHT |
|---|---|---|---|---|---|---|
| 12/22/15 @ 1521 | 97 | 77 | 20 | 157/73 | 7 | |

GENERAL: The patient is alert and oriented x3.
BODY MASS INDEX - DEC 15, 2015@10:20:46   44.8.
HEENT: Normocephalic atraumatic, PERRLA, nares clear, ear canals
   clear, normal pharynx.
NEURO:
   Cranial Nerves: Intact-right eye blindness
   Motor: 5/5 upper ext., 5/5 hip flexors/knee extensors, 4/5
   plantar/dorsiflexors, 4/5 left foot dorsiflexors
   Sensory: Stocking loss bilaterally
   DTR: symetric upper, decreased knees, absent ankles

ASSESSMENT:
#1 S/P Explantation infected spinal cord stimulator/baseline
   chronic neck and low back pain
#2 Morbid obesity
#3 DM-neuropathy
#4 Unsteady gait/generalized deconditioning -neuropathic pain
#4 Postlaminectomy Pain Syndrome
#5 Restless leg Syndrome

PLAN:
#1. Present analgesic regimen.
#2 Patient appears to have reached a plateau in his progress. I believe
   his condition at best will remain static, at worst may show continued
   worsening of his ambulatory status requiring motorized wheelchair.
   It is highly unlikely that his condition will improve and that his
   present deficits are permanent. He will require ongoing medication
   and treatments for this condition. The etiology of his pain is his
   service-connected conditions which are well-healed enumerated in his
   medical record. In my opinion his service-connected disabilities are
   static and unlikely to improve.
#3 RTC 3 months

/es/ THOMAS W HANLON, MD-SURGICAL SERVICE
ANESTHESIOLOGIST-PAIN MANAGEMENT
Signed: 12/26/2015 08:32

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GARCIA, EDWIN ANTHONY<br>240 SCOTT RD<br>CLARKS SUMMIT, PENNSYLVANIA   18411 | Printed at wilkes-Barre |

Pag

# Discharge Summaries

Printed On Aug 3, 2015

```
16)   MELOXICAM TAB    15MG PO QDAY                                ACTIVE
17)   MORPHINE INJ    2MG/1ML IVP Q4H PRN for pain                 ACTIVE
18)   OMEPRAZOLE CAP,EC   20MG PO QDAY                             ACTIVE
19)   PAROXETINE TAB   20 MG PO QDAY                               ACTIVE
20)   POLYETHYLENE GLYCOL 3350 UD PKT   17GM PO QDAY PRN for       ACTIVE
         constipation
```

PHYSICAL EXAMINATION: General: Alert, oriented x3, not in acute distress. Vital Signs: Reviewed. Blood pressure 129/66, respiratory rate 18, pulse 84, temperature 97.1, pain level 1/10 at present time. Pulse oximetry 95%. Head and Neck: Normocephalic, atraumatic, PERRLA, no nystagmus, no JVD. Lungs: Clear to auscultation bilateral. No wheezing, no rhonchi, no crackles. Abdomen: Soft, nontender, nondistended. No organomegaly. Lower Extremities: No cyanosis. No edema. Lower Back: Infected wound no purulent discharge at the present time. Sterile dressing in intact..

DISCHARGE DIAGNOSES:
1. Sepsis.
2. Status post removal of spinal cord stimulator.

DISPOSITION: Patient will be transferred to CLC Short Care Unit for continuation of his IV antibiotics. PICC line is present.

DD: 05/21/15@15:24
DT: 05/21/15@15:44
AMERICA'S PRIDE/740054/JOB# 1609486

/es/ MICHAEL LEVCHUK
PA-C,MPH
Signed: 05/22/2015 08:47

/es/ THOMAS W HANLON, MD-SURGICAL SERVICE
ANESTHESIOLOGIST-PAIN MANAGEMENT
Cosigned: 05/22/2015 09:24

```
LOCAL TITLE: Discharge Summary
   ADMIN DATE: MAY 07, 2015              DISCH. DATE: MAY 11, 2015
STANDARD TITLE: DISCHARGE SUMMARY
    DICT DATE: MAY 11, 2015@16:05
 DICTATED BY: BUNTON,RICHARD E           ENTRY DATE: MAY 11, 2015@16:05:24
     URGENCY: routine                     ATTENDING: HANLON,THOMAS W
                                             STATUS: COMPLETED

     *** Discharge Summary Has ADDENDA ***
```

ADMISSION DATE: MAY 07, 2015

IENT NAME AND ADDRESS (Mechanical Imprinting, if available)    VISTA Electronic Medical Documentation
RCIA,EDWIN ANTHONY                                             Printed at wilkes-Barre
) SCOTT RD
RKS SUMMIT, PENNSYLVANIA   18411

# Discharge Summaries

with Vancomycin and he was switched to IV Cefazolin. After he came back from Geisinger Medical Center, he was readmitted to 4-East with adjustment of his Cefazolin 2 grams IV q.8 h. Wound Care also provided diabetes treatment and general medicine treatment, which was provided by Medical service. Basically this patient presented with several concerns suggestive for underlying septic condition at that time. His suspected endocarditis was not confirmed. Right now, patient after treatment with Cefazolin IV and diabetes treatment and wound care is doing much better, and he will be sent to CLC short-term care.

ALLERGIES: No known drug allergies.

MEDICATIONS: His outpatient medication was reviewed and discussed with the patient. Please refer to medical reconciliation note.

MEDICATIONS: Active Inpatient Medications (including Supplies,:

```
    Active Inpatient Medications                              Status
========================================================================
1)  ACETAMINOPHEN    TAB   650MG PO Q4H PRN for fever         ACTIVE
    ,notify MD if fever
2)  ACETAMINOPHEN /OXYCODONE  TAB  1 TABLET PO Q4H PRN        ACTIVE
    for pain
3)  ALPRAZOLAM TAB   0.5MG PO TID for anxiety                 ACTIVE
4)  ATORVASTATIN TAB  40MG (1 TABLET) PO QDAY-5PM             ACTIVE
5)  BACLOFEN TAB   5MG PO TID PRN for muscl. spasm            ACTIVE
6)  CEFAZOLIN INJ CEFAZOLIN 2 GM in SODIUM CHLORIDE           ACTIVE
    0.9% 50 ML   INFUSE OVER 15 Minutes IVPB Q8H
7)  DEXTROSE 50% IV PUSH INJ,SOLN  FOR HYPOGLYCEMIA IVP       ACTIVE
    DAILY PRN 50 ml if pt unable to swallow and has not
    received OJ, non-diet soda or instaglucose
8)  DEXTROSE GEL,ORAL  FOR HYPOGLYCEMIA PO DAILY PRN In       ACTIVE
    place of OJ or non-diet soda; 1 tube
9)  DOCUSATE  SODIUM CAP,ORAL   100MG PO BID for              ACTIVE
    constipation
10) FOLIC ACID TAB   1MG PO QDAY                              ACTIVE
11) GLUCAGON INJ   1MG/1VIAL IM DAILY PRN FOR HYPOGLYCEMIA    ACTIVE
    - 1 mg if pt does not have IV access or can't
    swallow OJ, non-diet soda or instaglucose
12) INSULIN ASPART HUMAN INJ   HIGH DOSE CORRECTION SCALE     ACTIVE
    SC TID/MEALS & BEDTIME
    <140=0Units;141-190=3Units;191-240=6Units;241-290=9
    Units;291-340=12Units;      >341 give 15 units and
    call MD
13) INSULIN ASPART HUMAN INJ   30UNITS SC TID MEALS           ACTIVE
14) INSULIN GLARGINE 100 UNITS/ML INJ  100UNIITS SC BID       ACTIVE
15) LIDOCAINE 2% TOPICAL JELLY  SMALL AMOUNT TOP BID          ACTIVE
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
GARCIA, EDWIN ANTHONY
240 SCOTT RD
CLARKS SUMMIT, PENNSYLVANIA  18411

VISTA Electronic Medical Documentation
Printed at Wilkes-Barre

# Discharge Summaries

Printed On Aug 3, 201

```
   LOCAL TITLE: Discharge Summary
   ADMIN DATE: MAY 15, 2015            DISCH. DATE: MAY 21, 2015
STANDARD TITLE: DISCHARGE SUMMARY
    DICT DATE: MAY 21, 2015@15:24      ENTRY DATE: MAY 21, 2015@17:07:39
  DICTATED BY: LEVCHUK,MICHAEL          ATTENDING: HANLON,THOMAS W
      URGENCY: priority                    STATUS: COMPLETED
```

DATE OF DISCHARGE: 05/21/15

ADMISSION DIAGNOSES:
Infected wound status post removal of spinal cord stimulator.

OTHER DIAGNOSES:
1. Type 2 diabetes, insulin dependent.
2. Hyperlipidemia.
3. Coronary artery disease.
4. Bilateral shoulder arthralgia.
5. Morbid obesity.
6. Benign prostatic hyperplasia.
7. Fibromyalgia.
8. Sleep apnea.
9. Psoriatic arthritis.
10. Hypertension.
11. Major depressive disorder.
12. History of substance abuse.
13. Alcohol abuse history.
14. Lumbosacral radiculopathy.

OPERATIONS AND PROCEDURE:
On 05/05, incision and drainage of spinal cord stimulator insertion site wound with removal of spinal cord stimulator. The patient, after this, developed a bacteremia and he was sent to Geisinger Medical Center for additional treatment. He returned back on 05/15, and he was readmitted to 4-East Surgical Unit for IV antibiotics and wound care.

CONSULTATIONS: During this admission, these consultations were done.
1. Infectious Disease.
2. Medical Service.
3. Wound-Ostomy Nursing.
4. Physical Therapy.

HOSPITAL COURSE: This is a 66-year-old veteran who had spinal cord stimulator placed in April for chronic back pain. He developed infection with generator pocket, and that required removal of his spinal cord stimulator. In addition to this, patient has very poorly controlled diabetes. He developed bacteremia with cultures for MSSA. He initially was treated

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation
GARCIA,EDWIN ANTHONY | Printed at Wilkes-Barre
240 SCOTT RD
CLARKS SUMMIT, PENNSYLVANIA 18411

Page

DISCHARGE/TRANSFER DATE: MAY 11, 2015

XDx: INFECTED WOUND STIMULATOR SITE

OTHER DX:
Diabetes Mellitus, Type 2, Insulin requiring
Hyperlipidemia
Coronary Artery Disease
Hypercholesterolemia, Pure
Shoulder: arthralgia
Obesity
Hypertrophy (Benign) of Prostate
Fibromyalgia
Sleep Apnea
Arthritis, Psoriatic
Hypertension
Major Depression, recurrent
Substance Abuse
Legal blindness, as defined in U.S.A.
Deafness
Knee: arthralgia
Alcohol abuse
Lumbosacral radiculopathy

OPERATIONS/PROCEDURES: 5/5/15 Incision and drainage of spinal cord stimulator insertion site wound with removal of spinal cord stimulator and pulse generator

CONSULTATIONS: Infectious Disease, Medical Service, Wound/Ostomy Nurse, Physical Therapy

HOSPITAL COURSE: Mr. Garcia is a 56 y/o male veteran who had a spinal cord stimulator placed in April for chronic back pain. He developed infection within the generator pocket and at site of lead placement (T8) thus required the above surgery. He is a very poorly controlled diabetic. In addition to positive cultures from the sites the patient was also bacteremic with 4 positive blood cultures for MSSA. He was initially started on Vancomycin then switched by ID to cefazolin 2GM IV q8Hr after sensitivities reported.
The patient has not been febrile during this postop course but has had a rising WBC to 14.6. (see labs).
From postop day 1 he c/o neck pain that was c/w muscle spasm by positioning in the OR. Today however he demonstrated on exam a large right neck mass that on CT appears to be a collection. He has had unusal sensation from the nipple line and below and while neurologically, he has had no deficits - able to ambulate, no abnormal neuro exam - there was concern all along of a possible epidural abscess. Because of his morbid obesity, CT was initally obtained that did not reveal any abnormality in the T/LS but exam was limited. (see report). MRI was suggested and again due to body habitus, he was not able to have MRI in our machine. Arrangement for MRI today was made but patient even with premed was unable to undergo the exam.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GARCIA, EDWIN ANTHONY<br>240 SCOTT RD<br>CLARKS SUMMIT, PENNSYLVANIA 18411 | Printed at Wilkes-Barre |

Pε

# Progress Notes

Printed On Aug 3, 2016

```
LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: JUN 25, 2015@15:08     ENTRY DATE: JUN 25, 2015@15:09:27
     AUTHOR: NAKKACHE,VICTOR B      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED
```

I have seen this pt.multiple times,including quite recently fot both his lower back and cervical spine problems and ALREADY STATED THAT THERE IS NO MUCH I CAN DO FOR HIM,especially in the lumbar spine and that was the reason he saw Dr. Hanlon for Pain management.
Regarding the C- spine although it is also doubtful any good surgical solution for him please see my 5/15 note.
Regarding any questions about recovering/improving strength that would be better answer by Physiatry/P.T.

/es/ VICTOR B NAKKACHE
SURGICAL CONSULTANT(NEUROLOGY)SURGICAL SVC
Signed: 06/25/2015 15:15

Receipt Acknowledged By:
```
06/26/2015 07:41        /es/ MARIE J ADAJAR
                             STAFF PHYSICAN PRIMARY CARE
06/29/2015 15:51        /es/ GHAZALI A CHAUDRY
                             Chief Surgical Service
06/25/2015 16:00        /es/ THOMAS W HANLON, MD-SURGICAL SERVICE
                             ANESTHESIOLOGIST-PAIN MANAGEMENT
06/26/2015 15:17        /es/ H JOYCE MORANO, MD
                             Deputy Chief, GEC Service
```

```
LOCAL TITLE: NEUROSURGERY NOTE
STANDARD TITLE: NEUROSURGERY NOTE
DATE OF NOTE: MAY 28, 2015@10:25     ENTRY DATE: MAY 28, 2015@10:25:38
     AUTHOR: NAKKACHE,VICTOR B      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED
```

Pt. is coming back to see me and his condition is relatively stable as he is recovering from infection and indeed he is still on IV antibiotics and has an open wound .
Now he c/o more neck pain which is wores by flexion and rotation, which i smore typical for muscle type pain,there is less swelling than before and no obvoius UE motor deficit.
His CT scanof C-spine done earlier this month did not disclose any obvious bony problems(Incidentally also no difference compared to X-rays done 12/13 , which was read a s congenital fusion at C5-C6 but that is not as pt. had a cervical fusion in the ninieties aT WBGH).
Eventually he may need a c-spine MRI but is too soon .,that is Once he is stable medically ,off antibiotics and wound is closed.
So for now there is no much more I can do.
   PROVIDER Med Reconciliation:

---

| TIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ARCIA,EDWIN ANTHONY<br>40 SCOTT RD<br>LARKS SUMMIT, PENNSYLVANIA 18411 | Printed at wilkes-Barre |

# Discharge Summaries

Basically, this patient presents with several concerns that are suggestive of underlying septic changes. He may have endocarditis, abscess of the cervical structures, possibly epidural abscess, Positive blood cultures, and positive wound cultures.
Current management includes cefazolin 2GM IV q8hr, wound care with Dakins solution - dressing change every shift, monitoring vs, lab and neuro checks.

DISCHARGE:
OTHER HOSPITAL Geisinger Wyoming Valley - Hospitalist Service (see Transfer Note)
    Follow-up:
      ** FUTURE APPOINTMENTS **
    DATE/TIME          CLINIC ( LOCATION )
 MAY 12,2015@08:20    WB BENEK POD   (C5-28A)
 MAY 12,2015@13:45    WB DENTAL HYG SERNAK  (DENTAL 1ST FLR GREEN AREA)
 MAY 19,2015@08:00    WB DENTAL RESIDENT SAKSON  (DENTAL 1ST FLR GREEN AREA)
 MAY 26,2015@08:00    WB DENTAL RESIDENT SAKSON  (DENTAL 1ST FLR GREEN AREA)
 MAY 26,2015@09:00    WB C-PAP 3RD FLOOR  (3rd FLR ROOM C3-48)
    Medications:
Active Outpatient Medications (including Supplies):

| Outpatient Medications | Status |
|---|---|
| 1) ALPROSTADIL INJECTION SYSTEM 20MCG EA INJECT 20MCG INTO PENIS AS NEEDED FOR ERECTILE DYSFUNCTION | ACTIVE |
| 2) APAP 250/ASA 250/CAFFEINE 65MG TAB 1 TABLET MOUTH DAILY AS NEEDED | ACTIVE |
| 3) ASPIRIN 81MG CHEWABLE TAB 81 MG MOUTH EVERY DAY | ACTIVE |
| 4) ATORVASTATIN CALCIUM 40MG TABLET TAKE 20MG (ONE-HALF TABLET) BY MOUTH EVERY EVENING FOR CHOLESTEROL | ACTIVE |
| 5) C3 MALE CONTINENCE DEVICE - REGULAR USE AS DIRECTED TOPICALLY AS NEEDED FOR URINARY INCONTINENCE | ACTIVE |
| 6) FOLIC ACID 1MG TABLET TAKE ONE TABLET BY MOUTH EVERY DAY *FOLIC ACID SUPPLEMENT* | ACTIVE |
| 7) INSULIN ASPART 100 UNITS/ML FLEX PEN INJECT 20 UNITS SUBCUTANEOUSLY THREE TIMES A DAY WITH MEALS FOR DIABETES (USE IN PLACE OF SYRINGES AND VIAL) | ACTIVE |
| 8) INSULIN,GLARGINE 100 UNT/ML 3ML SOLOSTAR INJECT 100 UNITS SUBCUTANEOUSLY TWICE A DAY FOR DIABETES | ACTIVE |
| 9) LIDOCAINE 2% JELLY (GM) APPLY SMALL AMOUNT TOPICALLY TWICE A DAY TO AFFECTED AREA FOR PAIN (WASH HANDS IMMEDIATELY AFTER APPLYING THIS MEDICATION) | ACTIVE |
| 10) MULTIVITAMIN TABLETS 1 TABLET MOUTH EVERY DAY | ACTIVE |
| 11) OXYCODONE 5MG & APAP 325MG TAB TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | ACTIVE |

CC: ADAJAR,MARIE J

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GARCIA, EDWIN ANTHONY
240 SCOTT RD
CLARKS SUMMIT, PENNSYLVANIA 18411

VISTA Electronic Medical Documentation
Printed at Wilkes-Barre

**Griswold HOME CARE**

New Client Start of Services
Client Requested Services ☒ Initial ☐ Updated

Client Name: _Edwin Garcia_

| Client Goals: | How Client wants the caregiver to help reach this goal |
|---|---|
| *(Example) Ensure following prescribed nutrition plan* | • Consume 1200 calories a day<br>• Gain 2 Lbs a week |
| *(Example) Fall prevention and risk reduction* | • Ensure use of bed alarm at night<br>• Use walker during the day<br>• Shower with assistance |
| 1. | |
| 2. | |
| 3. | |

**Personal Care:**
☒ Bathing
   __ tub  ☒ shower
   __ bed  __ sponge
Frequency, *specify*:
_____
___ self, no assist
☒ self, assist partial
___ full assistance
___ supervision
☐ Electric shave
☐ Shampoo
☐ Comb/brush hair
☐ Oral/teeth care
☐ Perineal care
☒ Assist with dressing
☐ General skin care
☐ Reposition every 1-2 hrs
☐ Skin is intact
☐ Skin bruises
☐ Skin is broken, where and who is responsible for care: _____
☒ Assist with self-admin meds, pill box, reminders / prompts
☐ Assist
   __ bathroom ___ bedpan
   __ commode ___ urinal
☐ Record output
   __ urine ___ bowel
☐ Ostomy, type: _____
☐ Incontinence:
   __ Urinary __ Bowel
   __ Continence Trg
   __ Adult briefs
   __ Urinary catheter
☐ Awake at night for BR

**Homemaking:**
☒ Light housekeeping
   ☒ kitchen ☒ bedroom
   ☒ bathroom ☒ dayroom
☒ Personal linens and laundry
☒ Make/change bed linens
☐ Shopping/errands
☐ Transportation
☐ Safety supervision
☐ Independence training
☐ Orientation reminders, photos, calendaring, news reports, current events

**Nutrition:**
☒ Meal preparation
   ☒ B ___ L ___ D
   ___ Snack Time: ___
☐ Diet limitations
   ___ Low salt ___ Kosher
   ☒ Diabetic ___ Puree
   ___ Soft ___ Other:
☐ Fluids
   ___ Encourage ___ Limit
☐ Assist with eating
☐ Record liquid intake
☐ Record food intake
☐ Allergies, *specify*:

**Companionship:**
❏ Incidental transportation
❏ Independence support following rehabilitation or hospitalization
❏ Orientation prompts and reminders, calendaring
❏ Shopping, errands, appointments, messages
☐ Other Activities, *specify*:

**Movement & Equipment:**
☒ Walk/sit/stand/transfer
   __ Independently
   __ as tolerated
   ☒ with supervision
   __ with assistance
☒ History of Falls
☒ Fall Precautions
☐ Active Range of Motion
☐ Complete bed rest/bedbound
☐ Paralysis *Specify*: _____
☐ Prosthetics
☐ Pacemaker
☒ Cane
☐ Stair lift
☐ Mechanical lift
☒ Wheelchair
☒ Walker or cane
☐ Eyeglasses or contacts
☐ Hearing aid
☐ Dentures
☐ Bedside commode
☐ Hospital Bed

**Communication:**
☒ Speaks (circle) **English**, Spanish, other, *specify*:____
☐ Blind ☐ Deaf ☐ unable to speak

**Orientation**
☒ Fully oriented ☐ sometimes confused ☐ rarely oriented
☐ never oriented ☐ comatose
☐ Alzheimer's / Dementia
☐ Combative ☐ Delusional

**Condition Description:**
Gender: ☒ Male ☐ Female
Height: _60"_ Weight: _311_
☐ COPD ☐ CHF ☐ Hypertension
☐ Ischemic Vascular Disease ☐ other Heart Failure ☐ Pneumonia ☒ Diabetic
☐ Depressed ☐ Anxious ☐ Fearful
☐ Hospice ☐ DNR ☐ Advanced Directives
☐ TB (past or current) ☐ Blood Thinner
Allergies: _____

Attitude re care: _good_

**Special preferences; Notes:**
- back pain
- fibromyalgia
- neuropathy
- blind in right eye
- hard of hearing

☒ Pets _birds_
☒ Smoking _in house (cigars)_
☒ Alcohol _____

This Service Plan accurately reflects the services that I have requested. I understand Griswold Home Care is not a provider of home care services; it provides background screening, credential verification, and ongoing referral services to support consumer – directed home care arrangements.

Office Initials _JE_    Client Initials _____

Edwin Garcia 52

OMB Control No. 2900-0721
Respondent Burden: 30 minutes
Expiration Date: 5-31-2018

**Department of Veterans Affairs**

## EXAMINATION FOR HOUSEBOUND STATUS OR PERMANENT NEED FOR REGULAR AID AND ATTENDANCE

| 1. FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN | 2. FIRST NAME - MIDDLE NAME - LAST NAME OF CLAIMANT | 3. RELATIONSHIP OF CLAIMANT TO VETERAN |
|---|---|---|
| Edwin Anthony Garcia | | |

| 4A. VETERAN'S SOCIAL SECURITY NUMBER | 4B. CLAIMANT'S SOCIAL SECURITY NUMBER | 5. CLAIM NUMBER |
|---|---|---|
| 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 | | |

| 6. DATE OF EXAMINATION | 7. HOME ADDRESS |
|---|---|
|  | 240 Scott Rd South Abington PA 18411 |

| 8A. IS CLAIMANT HOSPITALIZED? | 8B. DATE ADMITTED | 9. NAME AND ADDRESS OF HOSPITAL |
|---|---|---|
| ☐ YES ☑ NO (If "Yes," complete Items 8B and 9) | | |

**NOTE: EXAMINER PLEASE READ CAREFULLY**
The purpose of this examination is to record manifestations and findings pertinent to the question of whether the claimant is housebound (confined to the home or immediate premises) or in need of the regular aid and attendance of another person.
The report should be in sufficient detail for the VA decision makers to determine the extent that disease or injury produces physical or mental impairment, that loss of coordination or enfeeblement affects the ability: to dress and undress; to feed him/herself; to attend to the wants of nature; or keep him/herself ordinarily clean and presentable.
Findings should be recorded to show whether the claimant is blind or bedridden.
Whether the claimant seeks housebound or aid and attendance benefits, the report should reflect how well he/she ambulates, where he/she goes, and what he/she is able to do during a typical day.

**10. COMPLETE DIAGNOSIS** (Diagnosis needs to equate to the level of assistance described in questions 20 through 34)

| 11A. AGE | 11B. SEX | 12. WEIGHT ACTUAL: LBS. | ESTIMATED: LBS. 345 | 13. HEIGHT FEET: 6 INCHES: — |
|---|---|---|---|---|
| 59 | Male | | | |

| 14. NUTRITION Poor | 15. GAIT |
|---|---|

| 16. BLOOD PRESSURE | 17. PULSE RATE | 18. RESPIRATORY RATE | 19. WHAT DISABILITIES RESTRICT THE LISTED ACTIVITIES/FUNCTIONS? |
|---|---|---|---|
| 130/80 | 68 /wl | 16 /wl | Spinal cord injury - including cervical [illegible] |

**20. IF THE CLAIMANT IS CONFINED TO BED, INDICATE THE NUMBER OF HOURS IN BED**
From 9 PM to 9 AM: 12hrs   From 9 AM to 9 PM: 6 hrs

**21. IS THE CLAIMANT ABLE TO FEED HIM/HERSELF?** (If "No," provide explanation)
☑ YES ☐ NO

**22. IS CLAIMANT ABLE TO PREPARE OWN MEALS?** (If "No," provide explanation)
☐ YES ☑ NO

**23. DOES THE CLAIMANT NEED ASSISTANCE IN BATHING AND TENDING TO OTHER HYGIENE NEEDS?** (If "Yes," provide explanation)
☑ YES ☐ NO

**24A. IS THE CLAIMANT LEGALLY BLIND?** (If "Yes," provide explanation)
☑ YES ☐ NO

**24B. CORRECTED VISION**
LEFT EYE: 20/25    RIGHT EYE: 20/40

**25. DOES THE CLAIMANT REQUIRE NURSING HOME CARE?** (If "Yes," provide explanation)
☐ YES ☑ NO

**26. DOES THE CLAIMANT REQUIRE MEDICATION MANAGEMENT?** (If "Yes," provide explanation)
☑ YES ☐ NO    Needs pain mgmt - oral medications

**27. DOES THE CLAIMANT HAVE THE ABILITY TO MANAGE HIS/HER OWN FINANCIAL AFFAIRS?** (If "No," provide explanation)
☑ YES ☑ NO

VA FORM MAY 2015 **21-2680**    SUPERSEDES VA FORM 21-2680, JUN 2008, WHICH WILL NOT BE USED.

**28. POSTURE AND GENERAL APPEARANCE** *(Attach a separate sheet of paper if additional space is needed)*

Obese.

**29. DESCRIBE RESTRICTIONS OF EACH UPPER EXTREMITY WITH PARTICULAR REFERENCE TO GRIP, FINE MOVEMENTS, AND ABILITY TO FEED HIM/HERSELF, TO BUTTON CLOTHING, SHAVE AND ATTEND TO THE NEEDS OF NATURE** *(Attach a separate sheet of paper if additional space is needed)*

Unable to button. Easily objects falls from the hand. Rent falls loosing sense, confusion.

**30. DESCRIBE RESTRICTIONS OF EACH LOWER EXTREMITY WITH PARTICULAR REFERENCE TO THE EXTENT OF LIMITATION OF MOTION, ATROPHY, AND CONTRACTURES OR OTHER INTERFERENCE. IF INDICATED, COMMENT SPECIFICALLY ON WEIGHT BEARING, BALANCE AND PROPULSION OF EACH LOWER EXTREMITY.**

Restrictions in walking, contracture of the thigh muscles and not able to stand more than 10-15 mts.

**31. DESCRIBE RESTRICTION OF THE SPINE, TRUNK AND NECK**

Between painful all the time after knee surgery. Not able to walk or sit.

**32. SET FORTH ALL OTHER PATHOLOGY INCLUDING THE LOSS OF BOWEL OR BLADDER CONTROL OR THE EFFECTS OF ADVANCING AGE, SUCH AS DIZZINESS, LOSS OF MEMORY OR POOR BALANCE, THAT AFFECTS CLAIMANT'S ABILITY TO PERFORM SELF-CARE, AMBULATE OR TRAVEL BEYOND THE PREMISES OF THE HOME, OR, IF HOSPITALIZED, BEYOND THE WARD OR CLINICAL AREA. DESCRIBE WHERE THE CLAIMANT GOES AND WHAT HE OR SHE DOES DURING A TYPICAL DAY.**

On and off loss of bladder control and stool control after his surgery on the spinal cord (spinal stimulator)

**33. DESCRIBE HOW OFTEN PER DAY OR WEEK AND UNDER WHAT CIRCUMSTANCES THE CLAIMANT IS ABLE TO LEAVE THE HOME OR IMMEDIATE PREMISES**

Patient goes out of home once or twice a week accompanying a person.

**34. ARE AIDS SUCH AS CANES, BRACES, CRUTCHES, OR THE ASSISTANCE OF ANOTHER PERSON REQUIRED FOR LOCOMOTION?** *(If so, specify and describe effectiveness in terms of distance that can be traveled, as in Item 32 above)*

☒ YES   200 feet.
☐ NO

*(If "YES," give distance) (Check applicable box or specify distance)*
☒ 1 BLOCK   ☐ 5 or 6 BLOCKS   ☐ 1 MILE   OTHER *(Specify distance)* _____

| 35A. PRINTED NAME OF EXAMINING PHYSICIAN | 35B. SIGNATURE AND TITLE OF EXAMINING PHYSICIAN | 35C. DATE SIGNED |
|---|---|---|
| Thomas Alapatt MD | [signature] MD | 10/14/17 |

**36A. NAME AND ADDRESS OF MEDICAL FACILITY**
ALAPATT P. THOMAS, MD
1945 MORRIS AVE. STE. 8
UNION, NJ 07083
TRICOUNTY MEDICAL ASSOCIATES

**36B. TELEPHONE NUMBER OF MEDICAL FACILITY** *(Include Area Code)*
908-686-4603

PRIVACY ACT NOTICE: The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records. 58VA21/22/28, Compensation, Pension, Education and Vocational Rehabilitation Records - VA, and published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. Giving us your Social Security Number (SSN) account information is mandatory. Applicants are required to provide their SSN under Title 38, U.S.C. 5701(c)(1). The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure is required by a Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits provided under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information that you furnish may be utilized in computer matching programs with other Federal or state agencies for the purpose of determining your eligibility to receive VA benefits, as well as to collect any amount owed to the United States by virtue of your participation in any benefit program administered by the Department of Veterans Affairs.

RESPONDENT BURDEN: We need this information to determine your eligibility for aid and attendance or housebound benefits. Title 38, United States Code 1521 (d) and (e), 1115(1)(e), 1311(c) and (d), 1315(h), 1122, 1541(d)(e), and 1502 (b) and (c) allows us to ask for this information. We estimate that you will need an average of 30 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet pate at http://www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

VA FORM 21-2680, MAY 2015

| Transmission Report |
|---|

| | | | | |
|---|---|---|---|---|
| Date/Time | 04-23-2017 | 10:19:10 | Transmit Header Text | |
| Local ID 1 | 5708217295 | | Local Name 1 | VA ER |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

1-3                                              4-23-17

Att:
   Lisa Ross

Fax:
   716 - 862 - 6545

Subject:
   SF 95

note:
   other items to complete form.

Sender:
   Edwin A. Garcia
   139 - 52 - 5246

Total Pages Scanned : 3          Total Pages Confirmed : 3

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 240 | 716 862 6545 | 10:17:57 04-23-2017 | 00:00:35 | 3/3 | 1 | EC | HS | CP28800 |

Abbreviations:
HS: Host send           PL: Polled local        MP: Mailbox print       CP: Completed           TS: Terminated by system
HR: Host receive        PR: Polled remote       RP: Report              FA: Fail                G3: Group 3
WS: Waiting send        MS: Mailbox save        FF: Fax Forward         TU: Terminated by user  EC: Error Correct

```
10/16/2017 14:17 FAX 570 824 9044       NEPA CARDIOLOGY ASSOC.

                        *********************
                        ***   TX REPORT   ***
                        *********************

              TRANSMISSION OK

              TX/RX NO                  2528
              RECIPIENT ADDRESS         13367140511
              DESTINATION ID
              ST. TIME                  10/16 14:15
              TIME USE                  01'25
              PAGES SENT                5
              RESULT                    OK
```

Edwin Garcia 52

OMB Control No. 2900-0721
Respondent Burden: 30 minutes
Expiration Date: 5-31-2018

## EXAMINATION FOR HOUSEBOUND STATUS OR PERMANENT NEED FOR REGULAR AID AND ATTENDANCE

| 1. FIRST NAME – MIDDLE NAME – LAST NAME OF VETERAN | 2. FIRST NAME – MIDDLE NAME – LAST NAME OF CLAIMANT | 3. RELATIONSHIP OF CLAIMANT TO VETERAN |
|---|---|---|
| Edwin Anthony Garcia | | |
| 4A. VETERAN'S SOCIAL SECURITY NUMBER | 4B. CLAIMANT'S SOCIAL SECURITY NUMBER | 5. CLAIM NUMBER |
| 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 | | |
| 6. DATE OF EXAMINATION | 7. HOME ADDRESS 240 Scott Rd South Abington PA 18411 | |
| 8A. IS CLAIMANT HOSPITALIZED? ☐ YES ☑ NO (If "Yes," complete Items 8B and 9) | 8B. DATE ADMITTED | 9. NAME AND ADDRESS OF HOSPITAL |

**NOTE: EXAMINER PLEASE READ CAREFULLY**
The purpose of this examination is to record manifestations and findings pertinent to the question of whether the claimant is housebound (confined to the home or immediate premises) or in need of the regular aid and attendance of another person.
The report should be in sufficient detail for the VA decision makers to determine the extent that disease or injury produces physical or mental impairment, that loss of coordination or enfeeblement affects the ability: to dress and undress; to feed him/herself; to attend to the wants of nature; or keep him/herself ordinarily clean and presentable.
Findings should be recorded to show whether the claimant is blind or bedridden.
Whether the claimant seeks housebound or aid and attendance benefits, the report should reflect how well he/she ambulates, where he/she goes, and what he/she is able to do during a typical day.

10. COMPLETE DIAGNOSIS (Diagnosis needs to equate to the level of assistance described in questions 20 through 34)

| 11A. AGE | 11B. SEX | 12. WEIGHT ACTUAL: LBS. | ESTIMATED: LBS. 345 | 13. HEIGHT FEET: 6 INCHES: — |
|---|---|---|---|---|
| 59 | Male | | | 15. GAIT |
| 14. NUTRITION Poor | | | | |
| 16. BLOOD PRESSURE 130/50 | 17. PULSE RATE 68 | 18. RESPIRATORY RATE 16 | 19. WHAT DISABILITIES RESTRICT THE LISTED ACTIVITIES/FUNCTIONS? Spinal cord injury - including cervical | |

20. IF THE CLAIMANT IS CONFINED TO BED, INDICATE THE NUMBER OF HOURS IN BED
From 9 PM to 9 AM: 12 hrs   From 9 AM to 9 PM: 6 hrs

21. IS THE CLAIMANT ABLE TO FEED HIM/HERSELF? (If "No," provide explanation)
☑ YES  ☐ NO

22. IS CLAIMANT ABLE TO PREPARE OWN MEALS? (If "No," provide explanation)
☐ YES  ☑ NO

... TENDING TO OTHER HYGIENE NEEDS? (If "Yes," provide explanation)

```
Court Name: District Court
Division: 3
Receipt Number: 333057632
Cashier ID: epetrosk
Transaction Date: 10/18/2017
Payer Name: EDWIN GARCIA
------------------------------------
CIVIL FILING FEE
 For: EDWIN GARCIA
 Case/Party: D-PAM-3-17-CV-001910-001
 Amount:        $400.00
------------------------------------
Paper Check Conversion
 Check/Money Order Num: 1086
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```