**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWIN GARCIA,** | : | **No. 3:17cv1910** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **UNITED STATES,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 30th day of November 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff Edwin Garcia's *pro se* filing (Doc. 73) in response to the report and recommendation of Magistrate Judge Karoline Mehalchick is construed as an objection and is **OVERRULED**;

2) Magistrate Judge Mehalchick's report and recommendation (Doc. 70) is **ADOPTED**;

3) Defendant's motion for summary judgment (Doc. 58) is **GRANTED**; and

4) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY
United States District Court**